David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Special Appearance for defendant: **GREGORY PAUL STYLES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | **CASE NO. 1:06CR00013 AWI** |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S WAIVER OF APPEARANCE** |
| vs. | ) | |
| GREGORY PAUL STYLES, | ) | **ORDER** |
| | ) | Date: March 20, 2006 |
| | ) | Time: 11:00 a.m. |
| Defendant. | ) | Dept: Honorable Anthony W. Ishii |

**TO THE HONORABLE COURT:**

Defendant GREGORY PAUL STYLES hereby knowingly, voluntarily and intelligently waives his right to be present at the status conference currently scheduled before the Honorable Anthony W. Ishii on March 20, 2006, at the hour of 11:00 a.m., where his presence is not necessary to ensure his constitutional rights. Defendant also knowingly, voluntarily and intelligently waives his right to be present at these proceedings under Federal Rules of Criminal Procedure, Rule 43. Further, defendant agrees that attorney David Balakian may appear on his behalf and that defendant will appear at any hearing next scheduled by the court.

DATED: March 15, 2006              /s/ GREGORY PAUL STYLES
                                   GREGORY PAUL STYLES

DATED: March 15, 2006              /s/ DAVID BALAKIAN
                                   DAVID BALAKIAN

**ORDER**

This matter came before the court on defendant GREGORY PAUL STYLES' ex parte request that his personal appearance at the March 20, 2006 status conference be excused. The Court hereby grants the defendant's ex parte application and excuses his appearance on March 20, 2006.

IT IS SO ORDERED.

**Dated:    March 17, 2006**                                   **/s/ Anthony W. Ishii**
0m8i78                                                         UNITED STATES DISTRICT JUDGE

2