DANIEL J. BRODERICK, #89424
Acting Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY PAUL STYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-0013 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL PRESENCE (Fed. R. Crim. P. 43(b)(3)), AND ORDER THEREON |
| GREGORY PAUL STYLES, | ) |
| Defendant. | ) |

**WAIVER OF PERSONAL APPEARANCE**

I hereby waive my right to be present in person in open court in the above-entitled case for any proceeding involving only a conference or hearing upon a question of law, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except for initial arraignment and plea, and not including every trial stage, including jury impanelment and the return of the verdict, and sentencing. I request the court to proceed during any of my absences which the court may permit pursuant to this waiver. I agree that my interests will be deemed to be represented at all times by the presence of my attorney, as if I were personally present;

///

///

and I further agree to be present in person in court ready for trial, any day and hour the court may fix in my absence. I agree to stay in contact with my attorney to be informed of any obligations to appear before this court.

DATED: April 6, 2006　　　　　　　　　　/s/ Gregory P. Styles  
　　　　　　　　　　　　　　　　　　　　Defendant

　　　　　　　　　　　　　　　　　　　　6610 Quicksilver Ct., Apt. 402  
　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　Springfield, VA 22150  
　　　　　　　　　　　　　　　　　　　　City and State

APPROVED: April 10, 2006

/s/  Marc C. Ament  
MARC C. AMENT  
Assistant Federal Defender  
Attorney for Defendant

### ORDER

The defendant is excused from personal appearance at:

1. the status conference scheduled for April 17, 2006, and except as modified by further order of this court, and

2. all hearings in this matter except for initial appearance, initial arraignment, and the plea, every trial stage, including jury impanelment and the return of the verdict; and sentencing.

IT IS SO ORDERED.

**Dated:　　April 10, 2006**　　　　　　　　/s/ **Anthony W. Ishii**  
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Waiver of Personal Appearance and Proposed Order　　　2