DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY PAUL STYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0013 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| GREGORY PAUL STYLES, | Date: December 18, 2006 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for November 13, 2006, may be continued to **December 18, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

                                                      McGREGOR W. SCOTT
     United States Attorney

DATED: November 8, 2006        By:   /s/ Stanley A. Boone
                                                    STANLEY A. BOONE
     Assistant U.S. Attorney
     Attorney for Plaintiff

DATED: November 8, 2006        By:   /s/ Stephen Mensel
     STEPHEN MENSEL
     Attorney at Law
     Attorney for Marvin Mitchell Freeman

     DANIEL J. BRODERICK
     Federal Defender

DATED: November 8, 2006        By:   /s/ Marc C. Ament
     MARC C. AMENT
     Assistant Federal Defender
     Attorney for Defendant
     GREGORY PAUL STYLES

### ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   November 13, 2006**            /s/ **Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE