DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY PAUL STYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                    )<br>              *Plaintiff*,                     )<br>                                                    )<br>       v.                                          )<br>                                                    )<br>GREGORY PAUL STYLES,         )<br>                                                    )<br>              *Defendant*.                 )<br>                                                    )<br>_____ ) | NO. 1:06-CR-0013 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON<br><br>Date:   January 22, 2007<br>Time:  9:00 a.m.<br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for December 18, 2006, may be continued to **January 22, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

4                                           McGREGOR W. SCOTT
                                            United States Attorney
5

6  DATED: December 14, 2006          By:    /s/  Stanley A. Boone
                                            STANLEY A. BOONE
7                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
8

9  DATED:  December 14, 2006         By:    /s/   Stephen Mensel
                                            STEPHEN MENSEL
10                                          Attorney at Law
                                            Attorney for Marvin Mitchell Freeman
11

12                                          DANIEL J. BRODERICK
                                            Federal Defender
13

14 DATED: December 14, 2006          By:    /s/ Marc C. Ament
                                            MARC C. AMENT
15                                          Assistant Federal Defender
                                            Attorney for Defendant
16                                          GREGORY PAUL STYLES

17

18
                                          **ORDER**
19
         **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).
20
   For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best
21
   interest of the public and the defendants in a speedy trial.
22

23
   IT IS SO ORDERED.
24
   **Dated:     December 15, 2006**              /s/ Anthony W. Ishii
25 0m8i78                                   UNITED STATES DISTRICT JUDGE

26

27

28

Stipulation and Proposed Order - Styles              2