DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY PAUL STYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0013 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| GREGORY PAUL STYLES, | Date:  February 26, 2007 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Honorable Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above- entitled matter now set for January 22, 2007, may be continued to **February 26, 2007, at 9:00 a.m.**

The reason for this continuance is to allow counsel additional time for defense preparation and case settlement negotiations.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the

///

///

///

///

1  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
2  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |

DATED: January 18, 2007           By:    /s/  Stanley A. Boone
                                         STANLEY A. BOONE
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

DATED: January 18, 2007           By:    /s/   Stephen Mensel
                                         STEPHEN MENSEL
                                         Attorney at Law
                                         Attorney for Marvin Mitchell Freeman

                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED: January 18, 2007           By:    /s/ Marc C. Ament
                                         MARC C. AMENT
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         GREGORY PAUL STYLES

## ORDER

**IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    January 19, 2007**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE