1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  GREGORY PAUL STYLES

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )  NO. 1:06-CR-0013 LJO
                                      )
12 |         *Plaintiff*,             )  STIPULATION TO CONTINUE STATUS
                                      )  CONFERENCE HEARING, AND ORDER
13 |     v.                           )  THEREON
                                      )
14 | GREGORY PAUL STYLES, and         )  Date:  August 24, 2007
     MARVIN MITCHELL FREEMAN,         )  Time:  9:00 a.m.
15 |                                  )  Judge: Hon. Lawrence J. O'Neill
             *Defendants*.            )
16                                    )
                                      )
17 |_____ )

18                              **STIPULATION**

19       It is hereby stipulated by and among the parties hereto that the status conference and hearing on

20 motions in the above-entitled matter now set for May 18, 2007, may be continued to **August 24, 2007, at**

21 **9:00 a.m.**  Motions are to be filed on or before July 17, 2007, and any opposition is to be filed on before

22 August 7, 2007.

23       The reason for this continuance is to allow counsel additional time for resolution of discovery

24 issues, for defense preparation, for preparation and filing of pretrial motions, and to not unreasonably deny

25 continuity of counsel for co-defendant Freeman, who will be medically unavailable through approximately

26 the end of June, 2007.

27       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)(F); and

28 that pursuant to subd. (8)(A) and (B), the ends of justice served by the continuance outweigh the best

1  interest of the public and the defendant in a speedy trial, because failure to grant such a continuance would
2  unreasonably deny counsel for co-defendant Freeman continuity of counsel, and would deny counsel for
3  the defendants the reasonable time necessary for effective preparation, taking into account the exercise of
4  due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: April 13, 2007                By:     /s/  Stanley A. Boone
                                             STANLEY A. BOONE
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

DATED: April 13, 2007                By:     /s/   Stephen Mensel
                                             STEPHEN MENSEL
                                             Attorney at Law
                                             Attorney for Marvin Mitchell Freeman

                                             DANIEL J. BRODERICK
                                             Federal Defender

DATED: April 13, 2007                By:     /s/ Marc C. Ament
                                             MARC C. AMENT
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             GREGORY PAUL STYLES

## ORDER

**Good cause exists, and for the reasons stated in the stipulation,** time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(1)(F), and (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:    April 13, 2007**                /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE