STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600
smenselatty@sbcglobal.net

Counsel for Defendant
MARVIN MITCHELL FREEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN MITCHELL FREEMAN<br><br>Defendant. | Case No. 1:06-CR-0013 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER |

It is hereby stipulated by and between the parties hereto that the status conference hearing be continued from November 16, 9:00 a.m., to March 7, 2008, 9:00 a.m.

The reason for the requested continuance is to allow counsel additional time for defense case preparation.

Pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B). the parties agree that the delay resulting from the continuance shall be excluded in that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial, because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account due diligence.

DATED: November 15, 2007    /s/STEPHEN MENSEL
                            STEPHEN MENSEL
                            Attorney for Defendant MARVIN MITCHELL FREEMAN

DATED: November 15, 2007    DANIEL J. BRODERICK, Federal Defender
                            /s/ Marc C. Ament
                            By MARC C. AMENT
                            Assistant United States Attorney

|  |  |
|---|---|
| DATED: November 15, 2007 | Counsel for Defendant GREGORY PAUL STYLES<br>McGREGOR W. SCOTT, United States Attorney<br>/s/ STANLEY A. BOONE<br>By STANLEY A. BOONE<br>Assistant United States Attorney<br>Counsel for Plaintiff |

**ORDER**

I Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B). For the reasons stated above, the Court finds the purpose served by the delay outweigh the best interests of the public and the defendants in a speedy trial.  HOWEVER, THIS GRANT OF A CONTINUANCE IS CONDITIONAL ON THE FOLLOWING:   AT THE HEARING ON MARCH 7, 2008, COUNSEL MUST BE READY TO CHANGE THE PLEA OR SET A TRIAL DATE.

IT IS SO ORDERED.

**Dated:   November 16, 2007**           /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE