DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY PAUL STYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-0013 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON |
| v. | |
| GREGORY PAUL STYLES, and MARVIN MITCHELL FREEMAN, | Date: July 11, 2008 Time: 9:00 a.m. Judge: Honorable Lawrence J. O'Neill |
| Defendants. | |

**STIPULATION**

It is hereby stipulated by and among the parties that the status conference hearing in the above-entitled matter now set for May 9, 2008, may be continued to **July 11, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendants to allow additional time for defense preparation, and time to review further substantial discovery. Since the last status conference and at the earliest time reasonably possible considering the schedules of counsel and the government's case agent, defense counsel reviewed new materials at the office of the Federal Bureau of Investigation, identifying relevant additional items for copying; the government thereafter arranged for a commercial copy service to make the necessary copies, but due to the amount and type of materials (irregular sized paper, double-sided, stapled, etc.), the copies have not been delivered and are scheduled to be completed May 8, 2008, with an estimated number of paper copies over 7,700, and a digital copy of a compact disk (CD)

1  containing the contents of five floppy disks.  The documents consist largely of business records that will
2  require careful scrutiny and coding.  Defense counsel is unavailable to review materials for approximately
3  the next two weeks, and government counsel will be unavailable for several weeks prior to July 11, so
4  July11, 2008, appears to be the next reasonably available time for counsel to present a meaningful report
5  to the court on the status of the case.  The requested continuance will conserve time and resources for both
6  counsel and the court.

7       The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and
8  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the
9  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
10 defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
11 diligence.

|  |  |  |
|---|---|---|
|  |  | McGREGOR W. SCOTT<br>United States Attorney |
| DATED: May 8, 2008 | By: | /s/  Stanley A. Boone<br>STANLEY A. BOONE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: May 8, 2008 | By: | /s/   Stephen Mensel<br>STEPHEN MENSEL<br>Attorney at Law<br>Attorney for Defendant<br>MARVIN MITCHELL FREEMAN |
|  |  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: May 8, 2008 | By: | /s/ Marc C. Ament<br>MARC C. AMENT<br>Assistant Federal Defender<br>Attorney for Defendant<br>GREGORY PAUL STYLES |

**ORDER**

Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   May 8, 2008**                                    **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE