| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MARC C. AMENT, Bar #59080 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GREGORY PAUL STYLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-0013 LJO | |
| | ) | | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS | |
| | ) | CONFERENCE HEARING, AND  ORDER | |
| v. | ) | THEREON | |
| | ) | | |
| GREGORY PAUL STYLES, and | ) | Date:   September 12, 2008 | |
| MARVIN MITCHELL FREEMAN, | ) | Time:   9:00 a.m. | |
| | ) | Judge:  Honorable Lawrence J. O'Neill | |
| *Defendants*. | ) | | |
| | ) | | |
| | ) | | |

**STIPULATION**

It is hereby stipulated by and among the parties that the status conference hearing in the above-entitled matter now set for July 11, 2008, may be continued to **September 12, 2008, at 9:00 a.m.**

Defense counsel requests this continuance to allow additional time for defense preparation, including the evident need to retain a forensic accountant, and to review further substantial discovery recently received, as well as to conduct further interviews and other investigation.  Since May 2008, defense counsel's staff has completed a preliminary survey of new, substantial materials received in discovery (previously viewed at the office of the Federal Bureau of Investigation).  Based on that survey, defense counsel now believes that a forensic accountant is reasonably needed to analyze financial records related to multiple bank accounts held in the names of the defendants, other individuals, and various business entities.  Counsel is in the process of retaining an accountant but has not yet ascertained the scope

1  of the work nor a realistic completion date.  Counsel proposes a status conference in mid-September,
2  2008, in the hope and expectation that substantial work will have been completed, and that counsel can
3  then give the court a more precise report.  The requested continuance will conserve time and resources for
4  both counsel and the court.

5      The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and
6  (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the
7  defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the
8  defendant the reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence.

10         McGREGOR W. SCOTT
    United States Attorney
11

12 DATED:  July 8, 2008    By:   /s/  Stanley A. Boone
    STANLEY A. BOONE
13     Assistant U.S. Attorney
    Attorney for Plaintiff
14

15 DATED: July 8, 2008    By:   /s/   Stephen Mensel
    STEPHEN MENSEL
16     Attorney at Law
    Attorney for Defendant
17     MARVIN MITCHELL FREEMAN

18
    DANIEL J. BRODERICK
19     Federal Defender

20 DATED: July 8, 2008    By:   /s/ Marc C. Ament
21     MARC C. AMENT
    Assistant Federal Defender
22     Attorney for Defendant
    GREGORY PAUL STYLES
23

24

25

26

27

28

| | |
|---|---|
| 1 | **ORDER** |

2   Good cause exists for the continuance based on the reasons given in the stipulation/request.  Time
3   is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B).  For the reasons stated above, the court
4   finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants
5   in a speedy trial.

IT IS SO ORDERED.

**Dated:**   **July 9, 2008**             /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE