| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | GREGORY PAUL STYLES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-CR-00013 LJO |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING, AND ORDER |
| v. | ) | THEREON |
| | ) | |
| GREGORY PAUL STYLES, and | ) | Date: May 1, 2009 |
| MARVIN MITCHELL FREEMAN, | ) | Time: 9:00 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |
| *Defendants*. | ) | |

**STIPULATION**

It is hereby stipulated by and among the parties that the status conference hearing in the above-entitled matter now set for March 20, 2009, may be continued to **May 1, 2009, at 9:00 a.m.**

Defense counsel requests this continuance to allow additional time for defense preparation and for continuity of counsel. As this court knows, Mr. Styles was initially represented by Assistant Federal Defender Marc Ament. Due to unanticipated medical issues, the case was reassigned to Assistant Federal Defender Francine Zepeda; however, a large portion of Ms. Zepeda's time is occupied by the case of U.S, v. Zablan, in which the government is seeking the death penalty. In addition, Ms . Zepeda is handling many administrative duties in during Mr. Ament's absence. For these reasons, Mr. Styles' case was again reassigned within the office of the Federal Defender. This case is a complex, white collar case with an extensive amount of discovery. Undersigned counsel needs additional time to review the discovery,

1 familiarize himself with the legal issues presented and confer with Mr. Stlyes prior to determining how to
2 proceed in this matter. For these reasons a continuance is necessary. Both defendants are out of custody.
3     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B), in
4 that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
5 in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
6 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: March 18, 2009    By:    /s/ Stanley A. Boone
                                STANLEY A. BOONE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

DATED: March 18, 2009    By:    /s/ Stephen Mensel
                                STEPHEN MENSEL
                                Attorney at Law
                                Attorney for Defendant
                                MARVIN MITCHELL FREEMAN

                                DANIEL J. BRODERICK
                                Federal Defender

DATED: March 18, 2009    By:    /s/ Eric V. Kersten
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorney for Defendant
                                GREGORY PAUL STYLES

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. § 3161 (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 18, 2009**            /s/ Lawrence J. O'Neill

1 UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28