DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GREGORY PAUL STYLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-CR-00013 LJO |
| *Plaintiff*, | STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON |
| v. | Date:  March 11, 2011 |
| GREGORY PAUL STYLES, and MARVIN MITCHELL FREEMAN, | Time:  8:45 a.m. Judge: Honorable Lawrence J. O'Neill |
| *Defendants*. | |

**STIPULATION**

It is hereby stipulated by and among the parties that sentencing in the above-entitled matter now set for January 28, 2011 may be continued to **March 11, 2011, at 8:45 a.m.**.

The parties request this continuance to allow additional time for defense preparation and also to allow time to resolve an unanticipated restitution issue.  Due to scheduling problems, Mr. Styles' pretrial interview has not yet been completed.  This delay is not the fault of Mr. Styles and the interview will completed forthwith.  In addition, the parties have been advised of an unanticipated restitution request that is inconsistent with the agreement of the parties.  This restitution claim applies to both defendants. Additional time is requested to allow for the completion of  Mr. Styles pretrial interview, and also to allow time for the parties to address the restitution issue.  Both defendants are out of custody.

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 4, 2011          By:    /s/ Mark McKeon
                                       MARK McKEON
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

DATED: January 4, 2011          By:    /s/ Stephen Mensel
                                       STEPHEN MENSEL
                                       Attorney at Law
                                       Attorney for Defendant
                                       Marvin Mitchell Freeman

DANIEL J. BRODERICK
Federal Defender

DATED: January 4, 2011          By:    /s/ Eric V. Kersten
                                       ERIC V. KERSTEN
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Gregory Paul Styles

## ORDER

Good cause exists. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

**Dated:   January 4, 2011**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE