BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-00013-LJO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| GREGORY PAUL STYLES, and MARVIN MITCHELL FREEMAN, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Gregory Paul Styles and Marvin Mitchell Freeman it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), defendants Gregory Paul Styles and Marvin Mitchell Freeman's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. 2000 Ford Expedition, VIN: FMPU18L9YLC35901, and

    b. A personal forfeiture money judgment in the amount of $40,000.00, joint and several as to Gregory Paul Styles and Marvin Mitchell Freeman.

1      2.   Asset (a) above constitutes property that is proceeds, and traceable to, a violation of 18 U.S.C. § 371.  Asset (b) above reflects a reasonable compromise between the parties for forfeiture purposes concerning proceeds the defendants obtained and that were traceable to a violation of 18 U.S.C. § 371.

6      3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

10     4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

22          b.   This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   January 26, 2011**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE