| | |
|---|---|
| 1  DANIEL J. BRODERICK, Bar #89424<br>    Federal Defender<br>2  ERIC V. KERSTEN, Bar #226429<br>    Assistant Federal Defender<br>3  Designated Counsel for Service<br>    2300 Tulare Street, Suite 330<br>4  Fresno, California 93721-2226<br>    Telephone: (559) 487-5561<br>5<br>    Attorney for Defendant<br>6  GREGORY PAUL STYLES | **FILED**<br><br>MAR 3 1 2011<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>         DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY PAUL STYLES,<br><br>    Defendants.<br>_____ | ) NO. 1:06-cr-00013 LJO<br>)<br>) STIPULATION TO EXONERATE<br>) CASH BOND AND RECONVEY FUNDS;<br>) [~~PROPOSED~~] ORDER THEREON<br>)<br>)<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, MARK J. McKEON, Assistant United States Attorney, attorney for the Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, attorney for Defendant Gregory Paul Styles, that the cash bond posted for the pre-trial release of defendant be exonerated and the funds be returned to Ruby Baladjanian, 6575 N. Vagades Avenue, Fresno, California 93711, phone: (559) 439-3319.

On March 10, 2006, Gregory Styles was ordered released under pretrial conditions which included the posting of a $10,000 cash bond. Also on March 10, 2006, Ruby Baladjanian posted a $10,000 cash bond (receipt # 100-203270) to secure Gregory Styles's pre-trial release.

On March 11, 2011, Mr. Styles appeared before District Court Judge Lawrence J. O'Neill and was sentenced after having previously changed his plea to guilty pursuant to a plea agreement. Mr. Styles was sentenced to a term of probation. Throughout the course of these proceedings Mr. Styles was present at all

1  proceedings where his presence was required and he complied with all other conditions of his pre-trial
2  release.
3      Based on the foregoing, it is respectfully requested that the $10,000 cash bond posted in this matter
4  (receipt # 100-203270) be immediately exonerated and reconveyed to Ruby Baladjanian, whose mailing
5  address is 6575 N. Vagades Avenue, Fresno, California 93711.  Her telephone number is (559)439-3319.

7  DATED: March 30, 2011          BENJAMIN B. WAGNER
                                               United States Attorney

9                                               /s/ Mark J. McKeon
                                             MARK J. McKEON
10                                              Assistant U.S. Attorney
                                             Attorney for Plaintiff

13 DATED: March 30, 2011          DANIEL J. BRODERICK
                                             Federal Defender

15                                              /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
16                                              Assistant Federal Defender
                                             Attorney for Defendant
17                                              Gregory Paul Styles

## O R D E R

**IT IS SO ORDERED.**  The bond in the above-captioned case is exonerated.  The funds shall be reconveyed to Ruby Baladjanian.

DATED: March/April _31_, 2011

                                             Hon. Lawrence J. O'Neill
                                             U.S. District Court Judge
                                             Eastern District of California