BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-CR-00013-LJO |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GREGORY PAUL STYLES, and MARVIN MITCHELL FREEMAN, | |
| Defendants. | |

WHEREAS, on January 26, 2011, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), based upon the plea agreements entered into between plaintiff and defendants Gregory Paul Styles and Marvin Mitchell Freeman, in the following property:

    a.   2000 Ford Expedition, VIN: FMPU18L9YLC35901, and

    b.   A personal forfeiture money judgment in the amount of $40,000.00, joint and several as to Gregory Paul Styles and Marvin Mitchell Freeman.

AND WHEREAS, beginning on January 29, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

1  forfeiture site www.forfeiture.gov.  Said published notice
2  advised all third parties of their right to petition the Court
3  within sixty (60) days from the first day of publication of the
4  notice for a hearing to adjudicate the validity of their alleged
5  legal interest in the forfeited property;
6      AND WHEREAS, the Court has been advised that no third party
7  has filed a claim to the subject property, and the time for any
8  person or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10     1.   A Final Order of Forfeiture shall be entered forfeiting
11 to the United States of America all right, title, and interest in
12 the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C),
13 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), to be
14 disposed of according to law, including all right, title, and
15 interest of Gregory Paul Styles and Marvin Mitchell Freeman.
16     2.   All right, title, and interest in the above-listed
17 property shall vest solely in the name of the United States of
18 America.
19     3.   The United States Marshals Service shall maintain
20 custody of and control over the subject property until it is
21 disposed of according to law.
22            IT IS SO ORDERED.
23 **Dated:   July 6, 2011**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE